*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

       Plaintiff-Appellant,

v

CHRISTOPHER TRACEY COOK,

       Defendant-Appellee.

UNPUBLISHED
March 10, 2022

No. 354150
Bay Circuit Court
LC Nos. 19-010606-FH;
         19-010627-FH

Before: REDFORD, P.J., and SAWYER and MURRAY, JJ.

PER CURIAM.

Defendant pleaded guilty to domestic violence, third offense, MCL 750.81(2); MCL 750.81(5), and resisting or obstructing a police officer, MCL 750.81d(1). The trial court sentenced defendant to two years' probation and 300 days in jail for each conviction. The prosecution appealed these sentences by leave granted.[1] During the pendency of this appeal, as both parties agreed at oral argument, defendant's probation was revoked and he served his subsequent sentences. Accordingly, we decline to review this appeal. "Where a subsequent event renders it impossible for this Court to fashion a remedy, an issue becomes moot." *People v Rutherford*, 208 Mich App 198, 204; 526 NW2d 620 (1994) (citations omitted). Appeal dismissed.

/s/ James Robert Redford
/s/ David H. Sawyer
/s/ Christopher M. Murray

---

[1] *People v Cook*, unpublished order of the Court of Appeals, entered November 12, 2020 (Docket No. 354150).

-1-